✎ AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | Northern District Eastern Division |

| DOCKET NO. | DATE FILED | |
|---|---|---|
| 26cv6490 | 6/2/2026 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| Jonas Sebastian Jodicke | The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 SEE ATTACHED | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED ☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| T. BRUTON | NF | 6/3/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-302-248**

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 02, 2022

---

### Title

| | |
|---|---|
| **Title of Work:** | Seasons Change |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | July 29, 2016 |
| **Nation of 1st Publication:** | Germany |

### Author

| | |
|---|---|
| **Author:** | Jonas Sebastian Jodicke |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jonas Sebastian Jodicke<br>Grunauer Strasse 10, Berlin, 12557, Germany |

### Rights and Permissions

| | |
|---|---|
| **Name:** | Jonas Sebastian Jodicke |
| **Email:** | jojoesart@gmail.com |

### Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 27, 2022 |
| **Applicant's Tracking Number:** | JSJ2022042707 |

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-302-606**

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 06, 2022

---

### Title

| | |
|---|---|
| **Title of Work:** | Nightbringer |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | January 01, 2012 |
| **Nation of 1st Publication:** | Germany |

### Author

| | |
|---|---|
| • **Author:** | Jonas Sebastian Jodicke |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jonas Sebastian Jodicke |
| | Grunauer Strasse 10, Berlin, 12557, Germany |

### Rights and Permissions

| | |
|---|---|
| **Name:** | Jonas Sebastian Jodicke |
| **Email:** | jojoesart@gmail.com |

### Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 27, 2022 |
| **Applicant's Tracking Number:** | JSJ2022042712 |

---

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-302-426**

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 03, 2022

---

### Title

**Title of Work:** Dream Catcher Wolf

### Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** February 19, 2018
**Nation of 1st Publication:** Germany

### Author

- **Author:** Jonas Sebastian Jodicke
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

### Copyright Claimant

**Copyright Claimant:** Jonas Sebastian Jodicke
Grunauer Strasse 10, Berlin, 12557, Germany

### Rights and Permissions

**Name:** Jonas Sebastian Jodicke
**Email:** jojoesart@gmail.com

### Certification

**Name:** David Denholm
**Date:** April 27, 2022
**Applicant's Tracking Number:** JSJ2022042701

---

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-333-186

**Effective Date of Registration:**
December 15, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Plan of Salvation |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | April 19, 2015 |
| **Nation of 1st Publication:** | Germany |

## Author

| | |
|---|---|
| **Author:** | Jonas Sebastian Jodicke |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jonas Sebastian Jodicke |
| | Grunauer Strasse 10, Berlin, 12557, Germany |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Jonas Sebastian Jodicke |
| **Email:** | jojoesart@gmail.com |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | December 15, 2022 |
| **Applicant's Tracking Number:** | JSJ2022121501 |

---

Page 1 of 1





## Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-302-262**

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 02, 2022

---

**Title** _____

Title of Work: The World I Used To Know

**Completion/Publication** _____

Year of Completion: 2019
Date of 1st Publication: September 26, 2019
Nation of 1st Publication: Germany

**Author** _____

- Author: Jonas Sebastian Jodicke
  Author Created: 2-D artwork
  Citizen of: Germany

**Copyright Claimant** _____

Copyright Claimant: Jonas Sebastian Jodicke
Grunauer Strasse 10, Berlin, 12557, Germany

---

**Rights and Permissions** _____

Name: Jonas Sebastian Jodicke
Email: jojoesart@gmail.com

**Certification** _____

Name: David Denholm
Date: April 27, 2022
Applicant's Tracking Number: JSJ2022042711

---

Page 1 of 1



Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-302-436**

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 03, 2022

---

**Title**

| | |
|---|---|
| **Title of Work:** | Where Light and Dark Meet |

**Completion/Publication**

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | February 23, 2016 |
| **Nation of 1st Publication:** | Germany |

**Author**

| | |
|---|---|
| **Author:** | Jonas Sebastian Jodicke |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |

**Copyright Claimant**

| | |
|---|---|
| **Copyright Claimant:** | Jonas Sebastian Jodicke |
| | Grunauer Strasse 10, Berlin, 12557, Germany |

**Rights and Permissions**

| | |
|---|---|
| **Name:** | Jonas Sebastian Jodicke |
| **Email:** | jojoesart@gmail.com |

**Certification**

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 27, 2022 |
| **Applicant's Tracking Number:** | JSJ2022042702 |

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-302-234**

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 02, 2022

---

**Title**

Title of Work: Night Guardian

**Completion/Publication**

Year of Completion: 2017
Date of 1st Publication: May 24, 2017
Nation of 1st Publication: Germany

**Author**

• Author: Jonas Sebastian Jodicke
Author Created: 2-D artwork
Citizen of: Germany

**Copyright Claimant**

Copyright Claimant: Jonas Sebastian Jodicke
Grunauer Strasse 10, Berlin, 12557, Germany

**Rights and Permissions**

Name: Jonas Sebastian Jodicke
Email: jojoesart@gmail.com

**Certification**

Name: David Denholm
Date: April 27, 2022
Applicant's Tracking Number: JSJ2022042703

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-302-443**

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 03, 2022

---

### Title

| | |
|---|---|
| **Title of Work:** | Child of Light |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | December 29, 2016 |
| **Nation of 1st Publication:** | Germany |

### Author

| | |
|---|---|
| • **Author:** | Jonas Sebastian Jodicke |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jonas Sebastian Jodicke |
| | Grunauer Strasse 10, Berlin, 12557, Germany |

### Rights and Permissions

| | |
|---|---|
| **Name:** | Jonas Sebastian Jodicke |
| **Email:** | jojoesart@gmail.com |

### Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 27, 2022 |
| **Applicant's Tracking Number:** | JSJ2022042722 |

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-302-431**

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 03, 2022

---

### Title

| | |
|---|---|
| **Title of Work:** | Fire and Ice |

---

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | May 11, 2016 |
| **Nation of 1st Publication:** | Germany |

---

### Author

| | |
|---|---|
| • **Author:** | Jonas Sebastian Jodicke |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |

---

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jonas Sebastian Jodicke |
| | Grunauer Strasse 10, Berlin, 12557, Germany |

---

### Rights and Permissions

| | |
|---|---|
| **Name:** | Jonas Sebastian Jodicke |
| **Email:** | jojoesart@gmail.com |

### Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 27, 2022 |
| **Applicant's Tracking Number:** | JSJ2022042717 |

---

Page 1 of 1



Case: 1:26-cv-06490 Document #: 1-3 Filed: 06/03/26 Page 20 of 26 PageID #:66

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-196-134

**Effective Date of Registration:**
February 26, 2020
**Registration Decision Date:**
March 23, 2020

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

### Title
_____

Title of Work:  Brotherhood

### Completion/Publication
_____

Year of Completion:  2015
Date of 1st Publication:  September 05, 2015
Nation of 1st Publication:  Germany

### Author
_____

- Author:  Jonas Jodicke
  Author Created:  Illustration
  Domiciled in:  Germany
  Year Born:  1994

### Copyright Claimant
_____

Copyright Claimant:  Jonas Jodicke
Grünauer Str. 10, Berlin, 12557, Germany

### Certification
_____

Name:  Barbara Konecny, Authorized agent of Author/Owner
Date:  February 26, 2020

---

Copyright Office notes:  Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3)

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-302-246**

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 02, 2022

---

**Title**

| | |
|---|---|
| Title of Work: | A King's Path |

**Completion/Publication**

| | |
|---|---|
| Year of Completion: | 2019 |
| Date of 1st Publication: | July 04, 2019 |
| Nation of 1st Publication: | Germany |

**Author**

| | |
|---|---|
| • Author: | Jonas Sebastian Jodicke |
| Author Created: | 2-D artwork |
| Citizen of: | Germany |

**Copyright Claimant**

| | |
|---|---|
| Copyright Claimant: | Jonas Sebastian Jodicke |
| | Grunauer Strasse 10, Berlin, 12557, Germany |

**Rights and Permissions**

| | |
|---|---|
| Name: | Jonas Sebastian Jodicke |
| Email: | jojoesart@gmail.com |

**Certification**

| | |
|---|---|
| Name: | David Denholm |
| Date: | April 27, 2022 |
| Applicant's Tracking Number: | JSJ2022042706 |

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

**VA 2-302-259**

**Effective Date of Registration:**
April 27, 2022
**Registration Decision Date:**
June 02, 2022

---

### Title
**Title of Work:** Celestial

### Completion/Publication
**Year of Completion:** 2017
**Date of 1st Publication:** April 04, 2017
**Nation of 1st Publication:** Germany

### Author
- **Author:** Jonas Sebastian Jodicke
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

### Copyright Claimant
**Copyright Claimant:** Jonas Sebastian Jodicke
Grunauer Strasse 10, Berlin, 12557, Germany

### Rights and Permissions
**Name:** Jonas Sebastian Jodicke
**Email:** jojoesart@gmail.com

### Certification
**Name:** David Denholm
**Date:** April 27, 2022
**Applicant's Tracking Number:** JSJ2022042710

Page 1 of 1

